**Dismissed and Opinion Filed January 7, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00559-CV

**ANGELA EVANS, Appellant**
**V.**
**DAVID ARTHUR, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00536-2014**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

By letter dated December 10, 2014, we notified appellant the time for filing her brief had expired. We cautioned appellant that the appeal could be dismissed if she failed to file her brief and an extension motion within ten days from the date of our letter. As of today, the Court has not received a brief, an extension motion, or other communication from the appellant. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b), (c).

140559F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANGELA EVANS, Appellant

No. 05-14-00559-CV        V.

DAVID ARTHUR, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-00536-2014.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DAVID ARTHUR recover his costs of this appeal from appellant ANGELA EVANS.

Judgment entered January 7, 2015.